# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

EULENA COX

NO.   2021 CW 0766

VERSUS

AIR AND LIQUID SYSTEMS
CORPORATION, ET AL.

**JULY 6, 2021**

---

In Re:   Exxon  Mobil  Corporation,  applying  for  supervisory
writs,  19th  Judicial  District  Court,  Parish  of  East
Baton Rouge, No. 687711.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

**WRIT DENIED.**   On  the  showing  made,  we  find  no  abuse  of
discretion by the district court.

**VGW**
**JEW**

**Wolfe, J.**, dissents.   I would reverse the district court's
ruling that denied the motion for trial continuance filed by
defendant, Exxon Mobil Corporation.   A continuance may be
granted in any case if there is good ground therefor.   La.
Code Civ. P. art. 1601.   Under the facts of this case, I find
the  district  court  abused  its  discretion  in  denying  the
continuance

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT